UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
UNITED STATES OF AMERICA

        -v.-

SABITRI LAFOREST,
GARRY LAFOREST,
TATIANA LAFOREST,
   a/k/a "Tatiana Mays," and
SANJAY LAFOREST,

        Defendant.
------------------------------------------------------- x

**GOVERNMENT'S FORFEITURE BILL OF PARTICULARS**

21 Cr. 272 (CM)

        Pursuant to United States v. Grammatikos, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offense charged in Count Two of the Indictment, as alleged in the Forfeiture Allegation and/or the Substitute Asset Provision in the Indictment, includes but is not limited to:

    a. all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 6805 NW 70th Place, Pompano Beach, FL 33067, owned by SABITRI LAFOREST and GARRY LAFOREST.

Dated: New York, New York
       May 14, 2021

                        AUDREY STRAUSS
                        United States Attorney for the
                        Southern District of New York

               By: _____
                        Matthew R. Shahabian
                        Assistant United States Attorney
                        Tel.: (212) 637-1046