

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 20, 2021

**BY ECF**

Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:** ***United States v. Laforest*, 21 Cr. 272 (CM)**

Dear Judge McMahon:

    The Court has informed the parties that it has set July 14, 2021, at 10:30 A.M. as the date for the initial conference in this case. At the defendants' arraignments, Magistrate Judge Lehrburger excluded Speedy Trial Act time through May 31, 2021. Accordingly, the Government respectfully requests that the Court exclude time from June 1, 2021 through July 14, 2021. An exclusion is in the interest of justice because it will allow the Government time to prepare and produce discovery, the defendants time to review discovery, and for the parties to discuss potential dispositions for this case.

                          Respectfully Submitted,

                          AUDREY STRAUSS
                          United States Attorney

                    by: */s/ Matthew R. Shahabian*
                          Matthew R. Shahabian
                          Assistant United States Attorney
                          (212) 637-1046

CC:    Counsel of Record (by ECF)