```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/21
```

**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**225 Broadway**
**Suite 1515**
**New York, New York 10007**
Tel: 212-941-9940
Fax: 212-693-0090
Thomasdunnlaw@aol.com

MEMO ENDORSED
6/1/21
Extension granted
*[signature]*

May 28, 2021

Honorable Colleen McMahon
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

    Re: <u>United States v. Sabitry and Gary Laforest</u>,
        21 Cr. 272(CM)

Dear Judge McMahon:

    I write on behalf of my client Gary Laforest and his wife and co-defendant Sabitry Laforest for an extension of two weeks until June 11th to satisfy the bail conditions set by the court. The conditions were ordered to be satisfied by today.

    Assistant U.S. Attorney Matthew Shahabian advised that he has no objection to this request.

    Thank you for your consideration of this request.

                                Respectfully yours,
                                    /s/
                                Thomas F.X. Dunn

Cc: Matthew Shahabian, Esq.
    Assistant U.S. Attorney (by ECF)

    Donna Newman, Esq.
    (by ECF)