UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

SABITRI LaFOREST, et. al.,

        Defendants.

21 CR 272 (CM)
SCHEDULING ORDER

---

McMahon, J.:

    The Court will hold a remote telephone/video-status conference in this matter, Tuesday, November 9, 2021, at 4:00 p.m.

    The public and press may listen to the proceeding by telephone at: 888-363-4749; the access code to enter when prompted is 9054506. The recording of court proceedings is strictly prohibited.

November 8, 2021

                                                     */s/ Colleen McMahon*
                                                   Colleen McMahon
                                                   District Court Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/21