March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

Sabitri Laforest              ,
           Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE OR TELECONFERENCE**

21-CR-272 ( )( )

Defendant ____Sabitri Laforest hereby voluntarily consents to participate in the following proceeding via videoconferencing/Teleconference:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_x_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence


/s/ *Sabitri Laforest* _____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Sabitri Laforest_____
Print Defendant's Name

_____
Defense Counsel's Signature

Donna R. Newman _____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

1/12/22
Date

_____
U.S. District Judge/U.S. Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/22