# BRIAN KAPLAN, P.C.
*Attorneys At Law*
11 Park Place - Suite 1005
New York, New York 10007
212-269-2363

**VIA ECF**

February 8, 2022

Honorable Colleen McMahon
United States District Court
Southern District
500 Pearl Street
New York, New York 10007

Re: **U.S.A. v. Sanjay LaForest**
   **21 Cr. 272 (CM)**

Dear Judge McMahon:

    As you are aware, I represent the aforementioned defendant, Sanjay LaForest. The bail conditions presently limit Mr. LaForest's travel to the Southern and Eastern Districts of New York and to New Jersey. I am respectfully requesting a modification of the release order. I am hereby requesting that Mr. LaForest be allowed to travel to Florida from February 15th, 2022 to March 5, 2022. Your Honor approved a recent request for Mr. Laforest to travel to Florirda in order to supervise a design project. That project was not completed and he is needed to continue supervising the project. The address and other details of the project have been provided to pre-trial services. Assistant United States Attorney Matthew Shahabian and Pre-Trial Services Officer Laura Gialanella have no objection to the proposed modification.

    Please contact me if you have any questions or concerns.

Sincerely,

Brian Kaplan, Esq.

**SO ORDERED:**

_____
**Honorable Colleen McMahon**

CC: AUSA Matthew Shahabian
   (Via ECF)