

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 28, 2022

**BY ECF**

Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:  *United States v. Laforest*, 21 Cr. 272 (CM)**

Dear Judge McMahon:

    The above-captioned case is currently scheduled for trial to commence on March 6, 2023. The Government writes to request a one-month adjournment of the trial date, to a date in April 2023 or sometime thereafter convenient for the Court. All defendants consent to the adjournment. The parties still expect that trial would take approximately one week.

    The Government respectfully requests that the Court exclude time from March 6, 2023 through the rescheduled trial date. An exclusion is in the interest of justice because it will allow the parties to discuss potential dispositions for this case and to prepare for trial. The defendants consent to the exclusion.

        Respectfully Submitted,

        DAMIAN WILLIAMS
        United States Attorney

    by: */s/ Matthew R. Shahabian*
        Matthew R. Shahabian
        Assistant United States Attorney
        (212) 637-1046

CC:    Counsel of Record (by ECF)