**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*MEMO ENDORSED*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 28, 2022

11/29/2022
I cannot try this case
in April. I will not
postpone the trial past the week
of April. I can do it
of March 13, if that helps.
Colleen McMahon

**BY ECF**

Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *United States v. Laforest*, 21 Cr. 272 (CM)

Dear Judge McMahon:

     The above-captioned case is currently scheduled for trial to commence on March 6, 2023. The Government writes to request a one-month adjournment of the trial date, to a date in April 2023 or sometime thereafter convenient for the Court. All defendants consent to the adjournment. The parties still expect that trial would take approximately one week.

     The Government respectfully requests that the Court exclude time from March 6, 2023 through the rescheduled trial date. An exclusion is in the interest of justice because it will allow the parties to discuss potential dispositions for this case and to prepare for trial. The defendants consent to the exclusion.

                         Respectfully Submitted,

                         DAMIAN WILLIAMS
                         United States Attorney

                    by: /s/ Matthew R. Shahabian
                         Matthew R. Shahabian
                         Assistant United States Attorney
                         (212) 637-1046

CC:    Counsel of Record (by ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/1/22