UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    v.

SABITRI LAFOREST,
GARRY LAFOREST,
TATIANA LAFOREST,
   a/k/a "Tatiana Mays," and
SANJAY LAFOREST.

                 *Defendants.*

[PROPOSED]
ORDER

21 Cr. 272 (CM)

      WHEREAS, with defendant Sabitri Laforest's consent, her guilty plea allocution was made before a United States Magistrate Judge on February 7, 2023;

      WHEREAS, with defendant Garry Laforest's consent, his guilty plea allocution was made before a United States Magistrate Judge on February 7, 2023;

      WHEREAS, with defendant Tatiana Laforest's consent, her guilty plea allocution was made before a United States Magistrate Judge on February 21, 2023;

      WHEREAS, with defendant Sanjay Laforest's consent, his guilty plea allocution was made before a United States Magistrate Judge on February 21, 2023;

      WHEREAS, a transcript of each plea allocution was made and thereafter was transmitted to the District Court;

      WHEREAS, upon review of the transcripts, this Court has determined that each defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for each guilty plea;

2

IT IS HEREBY ORDERED that the defendants' guilty pleas are accepted.

**SO ORDERED:**

Dated: New York, New York
       March ___, 2023

                                                  THE HONORABLE COLLEEN McMAHON
                                                UNITED STATES DISTRICT JUDGE
                                                SOUTHERN DISTRICT OF NEW YORK