USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

SABITRI LAFOREST,
GARRY LAFOREST,
TATIANA LAFOREST,
  a/k/a "Tatiana Mays," and
SANJAY LAFOREST.

*Defendants.*

**ORDER**

21 Cr. 272 (CM)

ORDER ACCEPTING PLEA ALLOCUTIONS PRRESIDED OVER
BY A U.S. MAGISTRATE JUDGE

McMahon, J.:

    WHEREAS, with defendant Sabitri Laforest's consent, her guilty plea allocution was made before a United States Magistrate Judge on February 7, 2023;

    WHEREAS, with defendant Garry Laforest's consent, his guilty plea allocution was made before a United States Magistrate Judge on February 7, 2023;

    WHEREAS, with defendant Tatiana Laforest's consent, her guilty plea allocution was made before a United States Magistrate Judge on February 21, 2023;

    WHEREAS, with defendant Sanjay Laforest's consent, his guilty plea allocution was made before a United States Magistrate Judge on February 21, 2023;

    WHEREAS, a transcript of each plea allocution was made and thereafter was transmitted to the District Court;

    WHEREAS, upon review of the transcripts, this Court has determined that each defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for each guilty plea;

IT IS HEREBY ORDERED that the defendants' guilty pleas are accepted.

**SO ORDERED:**

Dated: New York, NY
February 28, 2023
March 2

_____
Colleen McMahon
United States District Court Judge