EXHIBIT A

Sabitri Laforest

Dear Judge McMahon,

I apologize to Atlas-Acon for misusing their trust in me and defrauding them of millions of dollars. I know that my apology will not be enough to make this action better. I want you to know how sorry I am. I have admitted my guilt. There is no justification for my action. I was blinded in helping my family. I was wrong, my actions are inexcusable. In retrospect, I should have known better. Look at what I am facing today. My action of taking money from the Atlas-Acon to help my family has cost me a great deal of unbearable guilt. It really didn't help them because it's bringing an end to our life together. The consequence of my action creates unbearable pain and it is overwhelming. I am guilty. Now my family and I face jail time. We are about to lose everything. Our lives together are falling apart. Today I face jail time and deportation. Jail time and deportation is the greatest punishment of all. I do not have any family in Guyana. Most of all I cherished my family, my children. I will not be there to care for them. I was always there for them, now it's the biggest void ever. I am so sorry that they have to endure this punishment. I will miss my children, grandchildren, most of all they will miss me. I ask the court to be lenient toward me. I have been living in America for fifty years, it's my first offense and it's costing me a lifetime of hard work. My actions did not help my family, it actually destroyed everything I worked for, so many years. I always cherish and always been there for my family. I beg the court and Atlas-Acon to forgive me. It's a serious crime. I admit and accept I am guilty. I accept full responsibility. I promise the court I will not do this ever again. I feel ashamed and remorseful for my actions. I cannot make any kind of excuse for what I did. I meant no disrespect to Atlas-Acon or the court. I understand it may be difficult for Atlas-Acon and the court to accept my apology. Once again I apologize for my shameful action. I beg for forgiveness.

Sincerely,
Sabitri Laforest