# EXHIBIT B

01/27/23

To whom it may concern.

My name is Mrs. Nadege Desir. I am a retired Lab Technician from Mt Sinai Hospital in New York City having worked there for 40 yrs.

I am a friend of Sabitri Laforest whom I have known close to 40 yrs. We met through my husband Adolphe Desir who is a friend of her husband Gary.

I have always known Sabitri to be a dedicated wife to her husband and a doting mother to her children, all 5 of them. We shared many memorable moments together at the christenings of our children, their 1st communion and their wedding and at the summer barbecues in our backyards. We shared recipes in the kitchen and concerns about our kids since we both have daughters and now grandchildren. I have seen a side of her that is most commendable.

 I would not hesitate to have her close to my family to share intimacies. If any more validation of her character is necessary from me, I would be more than willing to do so. My contact info is as follow:

[redacted]

[redacted]

**Lia Vigne-Bernadotte**



Date: 1/26/2023

To Whom This May Concern,

My name is Lia Vigne and I have been working as a registered nurse at Hospice of Palm Beach (Florida) for nearly 20 years. I am writing to give my recommendation for my Sabitri Laforest. I have known her for 25 years and Sabitri became a friend after I met my spouse, Jean-Claude Bernadotte.

Sabitri Laforest has been very supportive and helpful in my relationship as a newlywed, providing me with advice whenever necessary. I have known her as a kind person, understanding and family oriented. She has the reputation to be a hard and dedicated person in whatever she undertakes.

In addition, Sabitri has a great personality and would make you feel at home whenever in her presence. Sabitri Laforest is a person who cares very much about her husband Garry and her children.

I, sincerely have no hesitation to recommend Sabitri Laforest who is first a family-person and also a great friend over the years that I have known who has always presented herself with respect and grace.

Please do not hesitate to contact me if you should require any further information.

Sincerely,

TRUSTBRIDGE INC                                                                 January 26, 2023

HOSPICE BY THE SEA of FLORIDA

Belinda Pierre-Louis –License Practical Nurse

To Whom It May Concern.

My name is Belinda Pierre-Louis, I am a state of Florida License Practical Nurse who cares for terminally ill patients. My focus is on providing the highest quality medical care of life that maximizes comfort, reducing pain and addressing physical, psychological, social, and spiritual needs to the person, where the condition remains life-limiting. I have been employed with Trustbridge Inc, for 4 ½ years.

The family I have come to know as a role model, value oriented, community admired and good cooks; will always stay embedded deep down in my heart. Sabitri, has come to represent the nurturing mother to her children, the perfect wife to her husband, Garry and a family pillar. Garry on the other hand, is the supporting proud father and husband who wants to make sure, the bondage up and down the family chain, remain forever strong. Tatiana, is the adoring girl amongst her brothers who is there to support the family outings, to ensure that her contribution is always on point. Sanjay the first born, is full of ideas and suggestions looking for possible solutions that would enable us to recognize, that the best moments in life, are never forgotten.

I hope you investigate this matter and consider this character reference letter before passing any verdict. I would like to plead for leniency for Sabitri, Garry, Tatiana and Sanjay. They are a well-mannered family, and I am sure they will learn from this experience and will never repeat it.

Please feel free to contact me for more details, if needed.

Sincerely,

Belinda Pierre-Louis
████████████
████████████████
██████████
████████████████████

Marcia Turnier



To Whom it may concern,

When I was asked to provide a reference letter for Sabitri LaForest I did not hesitate. I write this in full awareness of Sabitri's transgression. I have seen her a number of times recently and, although we did not talk about the particular facts of her behavior, we did talk about her deep regret. Sabitri is deeply ashamed of her actions, and heart-broken over the pain that she has caused. I would like the court to get a small sense of the person I know.

I have known Sabitri since we were teen-agers and have spent countless hours with her ever since.

Sabitri and I have had hundreds and hundreds of conversations over the decades and I have observed her behavior for years. No matter what we started to talk about, the conversation always came around to children and family. This was always foremost in her mind.

I was always impressed with Sabitri's refusal to 'take it easy'. She's worked hard and has always been a family comes first individual. If any of our children needed anything she would drop everything and tended to the children instead. Furthermore, I've found her to be a generous person who would help in any way she could for a friend in need.

The Sabitri that I know is the heart and soul of her family, I consider myself fortunate that she is a friend. I ask that the Court show whatever leniency to Sabitri that it can, if not for her then for her family.

Respectfully,

*Marcia Turnier*

Marcia Turnier

To Whom It May Concern,

I, Valery  Juste have had the pleasure to  know Sabitri  Laforest over the past three decades During this lenght of time, Sabitri

Laforest  demonstrated numerous qualities as a valuable person to society. She is a good mother and a wonderful wife. She's

 basically a calm and well-mannered person. In addition to this, I have observed Sabitri Laforest being polite, hard-worker and

 also willng to help when needed . She's always been an upright character with family an friends..

 Sabitri Laforest is also an enthusiastic, sensible and graceful person .

I recommand Sabitri Laforest as a more than suitable person, an honorable individual. a good human being.

I ask linency for Sabitri Laforest and her family as she is well  respected in the community. I hope you consider this letter  when

 determining the outcome of the case.

Sincerely,

Valery Juste.

Caribbean U-Turn inc.
Rev Alfred Mombeleur

Rev Alfred Mombeleur
March 22, 2023
Honorable Judge McMahon

### Re: The Laforest family: Gary Sabrity Tatiana and Sanjay

My name is Alfred Mombeleur, the executive director of Caribbean U-Turn Inc., a 501c3 non-profit organization located in Boston Massachusetts. I am writing this letter of support on behalf of the Laforest family. I have personally worked with Mr. Laforest and his family in New York City and in Haiti. I have witnessed their passion in helping the poor and indigent people of Haiti. The Laforest family are very compassionate and have a great deal of love and care for the people of Haiti particularly, those most in need. This family has worked together as volunteers and has helped me personally with the success of the non-profit agency Caribbean U-Turn inc. Their assistance and support empowered the organization to make a difference in the lives of so many Haitian families living in the United States and abroad in Haiti. After Haiti's earthquake in 2010 the Laforest family traveled to Haiti and worked closely with the mayor of Torbec. The Laforest family provided the needed assistance to clothe feed and shelter poor Haitian families who were living on the streets of Torbec. The Laforest family Gary Sabrity, Tatiana and Sanjay were traveling back and forth to Haiti every year from 2009 until December 2021. This 10-year commitment carried a message to the people and families in need. The Laforest family together would continue to come back to Haiti every last day of each year (Dec 31 st) and every three to four months to evaluate and plan for the activities of the coming year. Several mayors in Haiti came forward asking the Laforest family for their support. Mr. Gary Laforest also since 2001 as a volunteer traveled with me the executive director of CUT inc. going to Haiti frequently without pay at his own expense to meet with officials of USAID, of OIM and officials of the Haitian government in Haiti. We went to Haiti to advocate for a number of Haitian Americans who were sent back to Haiti (deported). We worked tirelessly to get so many deportees out of jail once in Haiti and were able to establish a transition home to received them without having to go to jail upon their arrivals. In 2004 Mr. Gary Laforest got shot in Haiti in an attempt of kidnaping. but he continued to travel to Haiti with me until 2006. The entire Laforest family Gary, Sabrity, Tatiana and Sanjay would all as volunteers of C.U.T. Inc. work together as a family with the Haitian American Public Health Initiative and myself to help and support a number of mayors from Haiti to come to Boston to meet and visit the mayor's office. The Laforest family made a truck and four SUV s available to several mayors and other public servants in Haiti to make sure the poor people of Haiti specially the elderly and women's ready to deliver their babies can reach the hospitals on time without difficulties. In 2010 established a school in Camp Coq, they helped the poor people of Archaie to also build a small building to worship and organize school activities. Please feel free to call me ▮▮▮▮▮ or send an email to ▮▮▮▮▮

Sincerely,
Reverend Alfred Mombeleur

Stephane T. Gibbons



To Whom it may concern,

My name is Stephane T. Gibbons. Although I was shocked when I first learned of Sabitri La Forest's actions, I did not hesitate at all when I was asked to write this reference.

Although we are not related, I have known the LaForest family all my life. My family and the LaForests' have been close for at least three generations. I have known Sabitri LaForest for over forty years. My family considers her to be a loved and valued member of our extended family.

For as long as I can remember it seems that Sabitri was always present at every significant or casual family gathering, from weddings to baptisms, funerals, birthday parties, anniversaries, retirement parties and backyard cook-outs.

My children grew up with Sabitri's children more as family than friends. Our house was always open to them and their house was always open to our kids. This is continuing now with our children's children.

The best assessment that I can make of the Sabitri that I have known for decades is that she is a nurturing and a devoted mother. She is always welcome in our house, and I never hesitated to let her babysit any of my children nor my grandchildren. There are not many people about whom I would say the same thing.

I know through personal conversations with Sabitri that she blames only herself for her actions. She is broken inside because of the pain that she has caused and is causing to everybody involved. I implore the Court to please look beyond Sabitri's troubling actions and see the caring, nurturing and loved woman that we know.

Respectfully,

*Stephane T. Gibbons*

Stephane T. Gibbons