# EXHIBIT C



This picture is a yearly feeding of kids and their parents four time a year. Meal consist of rice and beans, chicken. This was an everyday occurrence. I am the one standing and my two children are sitting with the pots of food in front of them. Kids are in the background waiting patiently. This doesn't happen anymore.



This picture of the kids cheering because we gave them soda with their meal.