# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/2023

UNITED STATES OF AMERICA

-v-

Sabitri Laforest,

    Defendant.

21 CR 272-01 (CM)

It is hereby ordered that the defendant, Sabitri Laforest, having been sentenced in the above case to the custody of the Attorney General, is to surrender to the Attorney General by reporting to the facility designated by the United States Bureau of Prisons, before 2:00 p.m., on October 16, 2023.

_____          7/13/2023
UNITED STATES DISTRICT JUDGE              DATE

**Acknowledgment:**

I agree to report as directed in this order and understand that if I fail to do so I may be cited for contempt of court and if convicted of contempt may be punished by imprisonment or fine or both.

_____          _____
(Attorney/Witness)                        (Defendant)

cc: U.S. Marshal, SDNY
    Probation Dept, SDNY
    U.S. Attorney, SDNY
    Pretrial Office, SDNY
    Defense Counsel