LAW OFFICES OF

**DONNA R. NEWMAN**

ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

January 8, 2024

Via ECF and Email

The Honorable Coleen McMahon
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *United States v.  Sabitri Laforest, Garry Laforest, et al*
     21 cr 272

Dear Judge McMahon:

I represent Sabitri Laforest in the above-referenced matter. Thomas Dunn, Esq. represents Garry Laforest.  We jointly move this Court for an order of exoneration of their pretrial recognizant bond. A proposed form of Order is enclosed. Assistant United States Attorney Matthew Shahabian has reviewed the proposed order and does not object to the entry of the order.

On May 17, 2022, the defendants, Ms. Laforest and Mr. Laforest, their first appearance in this district, were each released on a pretrial recognizant bond of one million dollars cosigned by three suretors  and secured by their  jointly owned property at 22-114 101st Avenue, Queens Village, New York[1]. On July 13, 2023, Your Honor sentenced Ms. Laforest to a term of seventy-eight months and Mr. Laforest to a term of  55 months. Both are currently incarcerated serving their respective sentences.

Respectfully submitted,
/s/
Donna R. Newman
Cc: AUSA Matthew Shahabian
      Thomas Dunn, Esq.
      Sabitri Laforest via email

---

[1] The Laforest's twenty-year old son Johathan Laforest, Mr. Laforest's daughter and Ms. Laforest step-daughter Holly Laforest, along with Mr. Laforest mother reside at the Queens Village residence.