UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

UNITED STATES OF AMERICA,                            DOCKET NO. 21cr272 (CM)

   -V-

                                                   ORDER
SABITRI LAFOREST AND GARRY LAFOREST,        EXONERATION of PRETRIAL
Defendants.                                         RECOGNIZANT BOND
_____X

COLLEEN MCMAHON, United States District Judge

     Upon due consideration of the joint motion by and through counsel for defendant Sabitri Laforest, DONNA R. NEWMAN, ESQ. and counsel for defendant Garry Laforest, THOMAS DUNN, ESQ. in the above captioned case for the Exoneration of their respective Pretrial Recognizant Bond, in as much as each defendant was sentence on July 13, 2023, and that they are currently incarcerated serving the sentences imposed by this Court on July 13, 2023, and good cause being shown,

     IT IS HEREBY ORDERED, the recognizant bond secured in favor of the United States of America for Sabitri Laforest and Garry LaForest for their respective pretrial release in the above captioned case, in the amount of one million dollars is exonerated and all suretors on their respective bonds are released from all obligations under the aforesaid bonds and the lien in the favor of the United States of America pursuant to said bonds on the following real property owned jointly by Sabitri Laforest and Garry (a/k/a Gary) Laforest listed as 221-14 101st Avenue, Queens Village, New York, Section No. 47, Block No. 10777, Lot No. 24, is satisfied and released.

SO ORDERED
Dated: January     , 2024

_____
COLLEEN MCMAHON, U.S.D.J.