*MEMO ENDORSED*

1/11/24

**BRIAN KAPLAN, P.C.**
*Attorneys At Law*
**11 Park Place - Suite 1005**
**New York, New York 10007**
**212-269-2363**

Permission to travel
As requested herein
is granted

**VIA ECF**

January 10, 2024

*Colleen M. McMahon*

Honorable Colleen McMahon
United States District Court
Southern District
500 Pearl Street
New York, New York 10007

Re: **U.S.A. v. Sanjay LaForest**
**21 Cr. 272 (CM)**

Dear Judge McMahon:

As you are aware, I represent the aforementioned defendant, Sanjay LaForest.
The bail conditions presently limit Mr. LaForest's travel to the Southern and Eastern
Districts of New York and New Jersey. I am respectfully requesting a modification of
the release order. I am hereby requesting that Mr. LaForest also be allowed to travel to
Florida from January 12, 2024 to January 15, 2024 for business. Assistant United States
Attorney Matthew Shahabian and Pre-Trial Services Officer Toledo have no objection to
the proposed modification.

Please contact me if you have any questions or concerns.

Sincerely,

Brian Kaplan, Esq.

**SO ORDERED:**

**Honorable Colleen McMahon**

CC: AUSA Matthew Shahabian
(Via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/24