UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
UNITED STATES OF AMERICA

    -v.-

SABITRI LAFOREST,

    Defendant.

------------------------------------ X

**FINAL ORDER OF FORFEITURE**

21 Cr. 272 (CM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2024

WHEREAS, on or about June 16, 2023, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 131) with respect to SABITRI LAFOREST (the "Defendant"), which forfeited to the United States all right, title and interest of the Defendant in, among other things, the following specific property:

    a. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 6805 NW 70th Place, Pompano Beach, FL 33067, owned by GARRY LAFOREST and the Defendant (the "Pompano Beach Property");

    b. One 2019 Chevrolet Corvette ZR-1 bearing VIN 1G1Y42D9XK5801366;

    c. $4,354.95 in United States currency, formerly on deposit in TD Bank, N.A. account number 4277377466 in the name of the Prive Group LLC;

    d. $914,640.64 in United States currency, formerly on deposit in TD Bank, N.A. account number 4339985496 in the name of the Prive Hospitality Group LLC (the "Prive Hospitality TD Bank Account");

    e. $8,997.16 in United States currency, formerly on deposit in JP Morgan Chase Bank, N.A. account number 226099163 in the name of Laforest Consulting Inc.;

    f. $120,200.20 in United States currency, formerly on deposit in Robinhood Securities LLC account number 423563741 held in the name of Sanjay Laforest, as the clearing broker for Robinhood Financial LLC or At Cash Management ACH account number 40902423563741 managed by Robinhood Securities and Robinhood Financial;

g. $10.99 in United States currency, formerly on deposit in Bank of America, N.A. account number 483069015161 in the name of Tatiana Laforest (the "Bank of America Account");

h. $740.19 in United States currency, formerly on deposit in TD Bank, N.A. account number 4338908548 in the name of Tatiana Laforest (the "Laforest TD Bank Account");

i. $6,487.32 in United States currency, formerly on deposit in Robinhood Securities LLC account number 687147108 held in the name of Tatiana Laforest, as the clearing broker for Robinhood Financial LLC (the "Robinhood Securities Account");

j. One Tag Heuer 2000 WN1153 Professional Watch Men's 18K Rose Gold Silver 2-Tone;

k. One Cartier Roadster Chronograph Automatic OR 750/ACIER 18K Gold & Steel Men's 2618;

l. One Omega Constellation Chronometer Men's Watch Automatic Steel/Gold;

m. One Rolex Oyster Perpetual Lady DateJust Gold Stainless Steel with Diamond Bezel;

n. One Omega Constellation Ladies 18K Yellow Gold Stainless Steel Diamond Bezel Watch;

o. One Lucien Picard Silver, square, men's watch;

p. One Bulova Marine Star 100m, w/ broken silver bracelet;

q. One Bulova Marine Star 100m, w/ leather strap;

r. One Bulova Women's silver watch with gold looking arms silver bracelet;

s. One Bulova Marine Star 100m, w/ silver and gold bracelet and blue and gold bezel;

t. One Invicta Men's Watch 22448 Bolt Zeus Black Dial Chronograph Dial Gold Tone Steel;

u. Citizen Eco-Drive men's watch 200m with silver bracelet;

v. Citizen Eco-drive women's watch with gold like bezel and arms; and

2

  w. One Stainless Steel Cartier Roadster large silver Dial Mens Watch; Model number: W62025V3; Serial number: 2510 230669CE;

(a. through w., collectively, the "Specific Property");

  WHEREAS, on or about June 16, 2023, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (D.E. 132) with respect to GARRY LAFOREST, which forfeited to the United States all right, title and interest of GARRY LAFOREST in, among other things, the Specific Property;

  WHEREAS, on or about June 4, 2024, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (D.E. 182) with respect to SANJAY LAFOREST, which forfeited to the United States all right, title and interest of SANJAY LAFOREST in $352,730.58 in United States currency seized from the Prive Hospitality TD Bank Account, and the Robinhood Securities Account;

  WHEREAS, on or about June 4, 2024, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (D.E. 185) with respect to TATIANA LAFOREST, which forfeited to the United States all right, title and interest of TATIANA LAFOREST in, among other things, the Bank of America Account, the Laforest TD Bank Account, and the Robinhood Securities Account;

  WHEREAS, on or about June 16, 2023, the Court entered a Consent Order of Interlocutory Sale of Real Property as to the Pompano Beach Property, authorizing the Defendant and GARRY LAFOREST to sell the Pompano Beach Property, and the net proceeds from the sale shall be substitute *res* for the Pompano Beach Property;

WHEREAS, on or about May 16, 2024, the Government received a check for $3,851.61 in United States currency representing the proceeds from the sale of the Pompano Beach Property (the "Pompano Beach Property Proceeds");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on October 10, 2023, for thirty (30) consecutive days, through November 8, 2023, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on August 29, 2024 (D.E. 195);

WHEREAS, on or about May 21, 2024, Notice of the Preliminary Order of Forfeiture was sent by certified and regular mail through the United States Postal Service to: Miami Lakes Chevrolet, 16600 NW 57th Ave, Miami, FL 33014 (the "Noticed Party");

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant, GARRY LAFOREST, SANJAY LAFOREST, TATIANA LAFOREST and the Noticed Party are the only people and/or entities known by the Government to have a potential interest the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property and the Pompano Beach Property Proceeds is hereby forfeited and vested in the United States of America and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property and Pompano Beach Property Proceeds.

3. The United States (or its designee) shall take possession of the Specific Property and the Pompano Beach Property Proceeds and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
       December 3, 2024

SO ORDERED:

_____
HONORABLE COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE