

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, NY 10278*

June 30, 2025

**VIA ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

        Re:    *United States v. Sabitri Laforest*
                21 Cr. 272 (CM)

Dear Judge McMahon:

      The Government respectfully requests that the Court enter the attached Final Order of Forfeiture in this matter. As set forth in the accompanying Declaration, all right, title, and interest of the Defendant, Sabitri Laforest, in the Specific Property was ordered forfeited pursuant to a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (Docket Entry 131). No third-party claims have been filed within the statutory period.

      Accordingly, the attached Final Order of Forfeiture should be entered so that the United States Department of Treasury can dispose of the Specific Property according to law.

                                      Respectfully submitted,

                                      JAY CLAYTON
                                      United States Attorney
                                      Southern District of New York

                       By:       /s/
                                      Matthew R. Shahabian
                                      Assistant United States Attorney
                                      Tel. (212) 637-1046

*Enclosure*